Prisoner ID: 27934-20

①

Enter full name of defendant(s) Officers: J. Conner, officer Herring and K. M. Millikan R.N

Position: desk officers, duty officer   K. Milliken R.N

Place of Employment: Pulaski County Regional Detention Facility

Address: 3201 West Roosevelt Rd. Little Rock, Arkansas 72204

This case assigned to District Judge **Moody** and to Magistrate Judge **Harris**

## Statement of Claim

Both officers simultaneously denied me my right to privacy and violated my HIPPA rights in violating my right to have my medical information private and only between me and my healthcare provider. By the willful intrusion and blatant disregard for right to privacy between me and my clinician, I was denied medical consultation, leading to further medical treatment.

On October 1, 2020 at 2:50 P.M. while a detainee at the Pulaski County Regional Detention facility, D unit; I stood in line as the other detainees until I showed my I.D. and awaited my medications, K.Millikan searched the data base and inquired about my recovery status since a fall that occured in the shower of unit L on July 27, 2020.

Both nurse Millikan and I were interrupted frequently by another inmate who repeatedly left the line and returned. The impatient inmate shouted loudly asking to move ahead of me in line. I waited for nurse Millikan to address the inmate but she said nothing to assure him that he would receive the same dispensing advice that I was receiving if necessary.

When nurse Millikan resumed her explanation she was interrupted by both duty officers Conner and Herring. Both officers apparently not aware that they are not supposed to eavesdrop and interfere between confidential dialogue between the clinician and patient. Officer Herring shouted, "Are you getting medicine? And if so, why don't you hurry up and get out of line."

Again I waited for nurse Millikan to advocate on my behalf. ② She did nothing. It was extremely difficult to hear some of her instructions because Officer Conner came over to the nurses station and began listening to our conversation and he shouted, "Take the GD medicine and get out of line." There were just 2 people in line including the impatient inmate. I then told both Conner and Herring they were both violating my HIPPA rights to privacy and I told them both that I was nearly finished and he shouted, "I don't give a damn about you or no GD HIPPA rights. If you want my name to file a MF ing grievance, I will give it to you. Then officer Herring told me to get the F__k out of the line that she didn't give a damn about HIPPA either. Nurse Millikan told me in a low voice that she would not forget our discussion about nutritionals and she would follow up.

Acts or Ommissions:
Neither Conner or Herring had the right to eavesdrop on the discussion between me and the nurse. They were derelict in their duties by not enforcing the condition of calm and order within the unit by refusing to use their enforcement authority to silence the heckler. Since Conner blatantly denied knowledge of HIPPA and how the laws are supposed to protect my right to privacy. If both officers were aware of not only my HIPPA rights but my 14th ammendment rights which were also violated. If the nurse and the 2 officers did not divulge their personal medical information with me and allow me to interrupt conversations with care givers. Under the 14th ammendment, I should enjoy the same constitutionally guaranteed rights. The grievance was registered nearly verbatim on 10/1. When I checked for reply on 10/2, it had been deleted

Frank Lawrence Inmate # 674340
3201 West Roosevelt Rd.
Little Rock, Arkansas 72204
LITTLE ROCK AR 720
8 OCT 2020

Pro Se Clerk
600 West Capitol Avenue
Room A-149
Little Rock, Arkansas 72201-3325

72201-339919

