# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FRANK LAWRENCE**                                                                    **PLAINTIFF**

**v.**                         **No: 4:20-cv-01224 JM-PSH**

**J. CONNER,** *et al.*                                             **DEFENDANTS**

## **ORDER**

Having reviewed Frank Lawrence's substituted complaint (Doc. No. 12) for screening purposes,[1] it appears that service is appropriate with respect to Lawrence's deliberate indifference claims against defendants Roberts and Lowe. *See* Doc. No. 15. The Clerk of the Court shall prepare summonses for these defendants and the United States Marshal is hereby directed to serve a copy of the substituted complaint (Doc. No. 12) and summonses on them without prepayment of fees and costs or security therefor. Service should be attempted through Turn Key Health Clinics, LLC, c/o Alexandra G. Ah Loy, General Counsel, 19 NE 50th Street, Oklahoma City, OK 73105.[2]

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If the defendant is no longer a Turn Key employee, the individual responding to service must file a **SEALED** statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 21st day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE