**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FRANK LAWRENCE**                                                         **PLAINTIFF**
**#07934-20**

**v.**                                   **No: 4:20-cv-01224 JM-PSH**

**KENDRA ROBERTS,** *et al.*                                   **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 28th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE